# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

WILLIAM M. OLIVER

    Plaintiff(s),

v.       CASE NUMBER:      2:05CV00038JCH

ADAM SWON AND JAMES LINK

    Defendant(s).

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on plaintiff William M. Oliver's civil rights claim against defendant Adam Swon, judgment is entered in favor of defendant Adam Swon and against plaintiff William M. Oliver.

**IT IS FURTHER ORDERED AND ADJUDGED** that on plaintiff William M. Oliver's civil rights claim against defendant James Link, judgment is entered in favor of defendant James Link and against plaintiff William M. Oliver.

                                       James G. Woodward
                                       CLERK

October 3, 2006
DATE

                 By:      /s/ C. Lippold
                               DEPUTY CLERK